UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 17-cr-00063 |
| VERSUS | JUDGE FOOTE |
| BRANDON DE'VANTE BELL-BRAYBOY | MAGISTRATE JUDGE HORNSBY |

# O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendant's Motion to Suppress (Doc. 20) is granted and all evidence recovered as a result of the unconstitutional search and seizure, including Defendant's incriminating statements, are suppressed.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the \_\_\_3rd\_\_\_ day of November, 2017.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE